DAVID L. ANDERSON (CABN 149604)
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DZENITA TURCINOVIC,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 5:18-cv-07821-SVK<br><br>STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF TIME<br>   AS MODIFIED |

Defendant moves, through her counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 19, 2019 to September 3, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time due to a higher than normal workload, including two district court briefs and one district court hearing also scheduled on August 19, 2019.

With this extension, the Court's scheduling order would be modified as follows:

- Defendant shall file any opposition or countermotion on or before September 3, 2019; and

- Plaintiff may serve and file a reply within fourteen days of service of defendant's opposition or counter-motion (on or before September 17, 2019).

Respectfully submitted,

Dated: August 19, 2019

/s/ _Monica PErales*
(*as authorized via e-mail on 8/14/19)
MONICA PERALES
Attorney for Plaintiff

Dated: August 19, 2019

DAVID L. ANDERSON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 15, 2019

THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

**There shall be no further extensions for either party.**