UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DZENITA TURCINOVIC, | Case No. 18-cv-07821-SVK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, | |
| Defendant. | |

Pursuant to the Court's November 26, 2019 order denying Plaintiff Dzenita Turcinovic's motion for summary judgment and granting the Commissioner's cross-motion for summary judgment, judgment is entered in favor of the Commissioner and against Plaintiff. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: November 26, 2019

SUSAN VAN KEULEN
United States Magistrate Judge